# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

OUACHITA WATCH LEAGUE, et al.                                                    PLAINTIFFS

v.                                    No. 4:11CV00425 JLH

JUDITH L. HENRY, et al.                                                          DEFENDANTS

## ORDER

The joint motion for extension of time to file Rule 26(f) Report is GRANTED. Document #11. The deadline for filing the Rule 26(f) Report is hereby extended up to and including January 20, 2012. All other proposed deadlines contained in the Initial Scheduling Order remain unchanged.

IT IS SO ORDERED this 10th day of January, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE