IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**OUACHITA WATCH LEAGUE, et al.**                                         **PLAINTIFFS**

**v.**                          **No. 4:11-cv-00425 KGB**

**JUDITH L. HENRY, et al.**                                                   **DEFENDANTS**

*******************

**THE OZARK SOCIETY**                                                          **PLAINTIFF**

**v.**                          **No. 4:11-cv-782 KGB**

**THE UNITED STATES FOREST SERVICE, et al.**                 **DEFENDANTS**

## ORDER

The parties in *Ouachita Watch League et al. v. Henry et al.*, No. 4:11-cv-00425 have filed a combined stipulation to resolve the pending discovery and administrative record dispute and joint motion for entry of an amended scheduling order (Dkt. No. 40). The Court adopts the schedule proposed by the parties in their stipulation as follows:

> **December 14, 2012**: Defendants will lodge the administrative record for the 2010 Supplemental Information Report.
>
> **January 18, 2013**: Plaintiffs will file their motion to supplement the administrative record, if any.
>
> **February 1, 2013**: The *Ouachita Watch League* plaintiffs will file their response in opposition to defendants' motion to dismiss. The *Ozark Society* plaintiffs may supplement their response to defendants' motion to dismiss.
>
> **February 22, 2013**: Defendants will file their reply brief in support of their motion to dismiss filed in case number 4:11-cv-00425. Defendants may supplement their reply brief in support of their motion to dismiss filed in case number 4:11-cv-782.

By agreement of the parties, plaintiffs waived any right to discovery provided by the Court's May 1, 2012 order when agreeing to this joint proposed schedule. However, the Court

acknowledges the parties' representation that plaintiffs reserve the right to move to supplement the administrative record or to move to conduct jurisdictional discovery. The parties indicate that they may move to modify the schedule, should briefing regarding supplementation of the administrative record or jurisdictional discovery become necessary. The Court will address such motions if and when they are filed.

Moving forward, case number 4:11-cv-00425 shall be the lead case. All further motions, pleadings, and other papers should be filed in case number 4:11-cv-00425. Defendants' motion for reconsideration or a protective order (Dkt. No. 32) is denied as moot.

SO ORDERED this 4th day of December, 2012.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge