# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**OUACHITA WATCH LEAGUE, et al.**                                                       **PLAINTIFFS**

**v.**                          **No. 4:11-cv-00425 KGB**

**JUDITH L. HENRY, et al.**                                                                **DEFENDANTS**

*******************

**THE OZARK SOCIETY**                                                                      **PLAINTIFF**

**v.**                          **No. 4:11-cv-00782 KGB**

**THE UNITED STATES FOREST SERVICE, et al.**                          **DEFENDANTS**

## ORDER

Pending before the Court is the Ozark Society's motion to compel defendants to respond to the Ozark Society's Interrogatories and Requests for Production of Documents (Case No. 4:11-cv-782, Dkt. No. 57). The Court denies without prejudice the motion to compel. At this stage, the parties appear to agree that the case arises under the Administrative Procedure Act. Therefore, judicial review of the merits of the Ozark Society's claims likely is confined to the administrative record. Should the Ozark Society's position on this issue change, it may file an appropriate motion with the Court renewing this motion to compel.

SO ORDERED this the 30th day of September, 2013.

_____
Kristine G. Baker
United States District Judge