# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**OUACHITA WATCH LEAGUE, et al.**                                    **PLAINTIFFS**

**v.**                           **No. 4:11-cv-00425 KGB**

**JUDITH L. HENRY, et al.**                                          **DEFENDANTS**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THE OZARK SOCIETY**                                                **PLAINTIFF**

**v.**                           **No. 4:11-cv-00782 KGB**

**THE UNITED STATES FOREST SERVICE, et al.**                         **DEFENDANTS**

## ORDER

Pending before the Court is defendants' motions to stay the above captioned cases in light of lapse of appropriation (Dkt. Nos. 56, 73). Plaintiffs do not oppose the motions. For good cause shown, the Court grants defendants' motions to stay.

The above captioned cases are stayed until Congress has restored appropriations to the federal government. Counsel for defendants will notify the Court as soon as possible after Congress has restored appropriations and, at that point, the Court will enter an order giving parties another 30 days to comply with the Court's deadlines.

SO ORDERED this the 15th day of October, 2013.

_____
Kristine G. Baker
United States District Judge