# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**OUACHITA WATCH LEAGUE, et al.**                                    **PLAINTIFFS**

**v.**                        **No. 4:11-cv-00425 KGB**

**JUDITH L. HENRY, et al.**                                          **DEFENDANTS**

*******************

**THE OZARK SOCIETY**                                                **PLAINTIFF**

**v.**                        **No. 4:11-cv-00782 KGB**

**THE UNITED STATES FOREST SERVICE, et al.**                         **DEFENDANTS**

## ORDER

Before the Court is federal defendants' notice of restored appropriations to federal executive agencies (Dkt. Nos. 58, 75). The stays in these cases are hereby lifted.

Defendants have 30 days from the date of this Order to comply with the prior Orders entered in these cases on September 30, 2013 (Dkt. Nos. 53, 72). Plaintiffs shall have 20 days from the deadline by which defendants are required to supplement the administrative record to respond to defendants' motion to dismiss (Dkt. No. 30). Defendants shall have 20 days from the date plaintiffs file their response to defendants' motion to dismiss to file a reply in support of their motion to dismiss.

SO ORDERED this the 18th day of October, 2013.

_____
Kristine G. Baker
United States District Judge