## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**OUACHITA WATCH LEAGUE, et al.**                                              **PLAINTIFFS**

**v.**                           **Case No. 4:11-cv-00425 KGB**

**JUDITH L. HENRY, et al.**                                                    **DEFENDANTS**

*******************

**THE OZARK SOCIETY**                                                          **PLAINTIFF**

**v.**                           **Case No. 4:11-cv-00782 KGB**

**THE UNITED STATES FOREST SERVICE, et al.**                                   **DEFENDANTS**

## ORDER

The above styled case was assigned to this Court's docket on May 17, 2012. As a result of facts recently alleged in the Supplemental Complaint filed November 7, 2014, Judge Baker recuses from this case in order to avoid any appearance of impropriety. The Clerk will reassign this action.

IT IS SO ORDERED this the 19th day of November, 2014.

_____
Kristine G. Baker
United States District Judge