IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**OUACHITA WATCH LEAGUE, et al.**                                         **PLAINTIFFS**

**V.**                          **CASE NO. 4:11CV00425 JM**

**UNITED STATES FOREST SERVICE, et al.,**                         **DEFENDANTS**

**THE OZARK SOCIETY**                                                         **PLAINTIFF**

**V.**                          **CASE NO. 4:11CV00782 JM**

**UNITED STATES FOREST SERVICE, et al.,**                         **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, the Federal Defendants' motion for summary judgment is GRANTED and IT IS CONSIDERED, ORDERED AND ADJUDGED that these consolidated cases be, and are hereby, dismissed with prejudice.

IT IS SO ORDERED this 16th day of March, 2016.

_____
James M. Moody Jr
United States District Court